BRUCE NYE, SBN 77608
ADAMS | NYE | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:11-CV-00594-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties having resolved this matter, it is hereby stipulated by and between the parties, through their attorneys of record, that this matter may be dismissed with prejudice.

Dated: September 12, 2011         COZEN O'CONNOR

                                  By  /s/
                                      Blanco Quintero
                                      Attorneys for Plaintiff USAA CASUALTY
                                      INSURANCE COMPANY

Dated: October 7, 2011            ADAMS | NYE | BECHT LLP

                                  By  /s/
                                      Bruce Nye
                                      Attorneys for Defendant
                                      WHIRLPOOL CORPORATION

///

1
STIPULATION AND ORDER
FOR DISMISSAL

ORDER

The parties having stipulated thereto, IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE